IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

R.J., R.R., B.R., S.D., J.L.C.,
J.C., H.M., J.K., R.G.,
J.M. and M.Q.,

      Plaintiffs,

v.                                                       Case 1:13-CV-00265-ACT/RHS

THE GEO GROUP, INC., CORIZON, INC.,
MARK ELLIOT WALDEN, M.D.,
WARDEN ERASMO BRAVO, WARDEN
TIMOTHY B. HATCH, SHERRY PHILLIPS
and JANE DOE HEALTH SERVICES ADMINISTRATOR

## ORDER DENYING MOTION TO STAY AS MOOT

**THIS MATTER** comes before the Court on Defendant Walden's Motion to Stay Proceeding [Doc. 19] filed April 9, 2013. Plaintiffs' Response to Defendant Walden's Motion to Stay Proceedings [Doc. 30] was filed April 25, 2013. Defendant Walden's Reply in Support of his Motion to Stay Proceeding [Doc. 33] was filed May 9, 2013. This matter is consolidated with *F.M., et al. v. Walden, et al.*, 1:13-cv-264 ACT/RHS for discovery purposes.

For the reasons set forth in the Court's Memorandum Opinion and Order [Doc. 39] in *F.M., et al. v. Walden, et al.*, 1:13-cv-264 ACT/RHS, the Court denies Defendant Walden's Motion to Stay Proceeding as moot to be renewed, if appropriate.

**IT IS THEREFORE ORDERED**, that Defendant Walden's Motion to Stay Proceeding [Doc. 19] is DENIED as moot.

                                                                                   _____
                                                                                      Alan C. Torgerson